IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-118-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER BARTKOWICZ,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant's Motion to Reconsider [Docket No. 82]. The Court considered and rejected the arguments raised in the motion at the hearing on September 9, 2010. Wherefore, the Motion to Reconsider [Docket No. 82] is denied.

    DATED September 21, 2010.