IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date September 22, 2010 |
| Court Reporter: Janet Coppock | Time: 6 hours |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 10-CR-00118-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | MJ Menendez |
| | Robert Mydans |
| Plaintiff, | Special Agent Mike Tonozzi |
| vs. | |
| **CHRISTOPHER BARTKOWICZ,** | Joseph Saint Veltri |
| Defendant. | |

## MOTIONS HEARING

**9:08 a.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and on bond. Andrew Low is present on behalf of Jace Larson and Kelly Rosenberg is present on behalf of Colorado Attorney General's Office, both Interested Parties.

**Lace Larson's Motion to Quash Subpoena (Doc #99), filed 9/21/10.**

**9:10 a.m.**     Argument by Mr. Saint-Veltri. Questions by the Court.

**9:16 a.m.**     Argument by Mr. Low. Questions by the Court.

**9:21 a.m.**     Further argument by Mr. Saint-Veltri.

**9:26 a.m.**     Argument by Ms. Menendez.

**9:28 a.m.**     Further argument by Mr. Saint-Veltri.

Court states its findings.

**ORDERED:**  Lace Larson's Motion to Quash Subpoena (Doc #99), filed 9/21/10, is **GRANTED**.

**Colorado Attorney General's Office's Motion to Quash Subpoena (Doc #100) , filed 9/21/10.**

**9:37 a.m.**     Argument by Mr. Saint-Veltri.

**9:42 a.m.**     Argument by Ms. Rosenberg.  Questions by the Court.

**9:46 a.m.**     Further argument by Mr. Saint-Veltri.

Court states its findings.

**ORDERED:**  Colorado Attorney General's Office's Motion to Quash Subpoena (Doc #100) , filed 9/21/10, is **GRANTED.**

**Defendant's Motion to Dismiss Indictment (Doc #46), filed 8/12/10.**

**Defendant's Motion to Dismiss Addendum (Doc #49), filed 8/16/10.**

**Defendant's Second Motion to Dismiss Addendum (Doc #72), filed 8/25/10.**

**Defendant's Motion in Limine for Pretrial Ruling on Irrelevant Evidence and Defenses and Brief in Support (Doc #52), filed 8/17/10.**

**9:52 a.m.**     Offer of Proof by Saint-Veltri as to the testimony of defendant's witness Dr. Robert Melamede.

**10:05 a.m.**    Argument by Ms. Menendez.  Questions by the Court.

**10:25 a.m.**    Argument by Mr. Saint-Veltri.  Questions by the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Second Motion to Dismiss Addendum (Doc #72), filed 8/25/10, is **DENIED.**

**10:37 a.m.** **COURT IN RECESS**

**10:54 a.m.** **COURT IN SESSION**

>Further offer of proof by Mr. Saint-Veltri in light of the Court's ruling.

**10:57 a.m.** Further argument by Ms. Menendez.

**11:02 a.m.** Direct examination of defendant Christopher Bartkowicz by Mr. Saint-Veltri.

Defendant's **exhibit C** identified, offered and ADMITTED.

**11:45 a.m.** Cross examination by Ms. Menendez.

Government's **exhibit 6** identified, offered and ADMITTED.

**12:00 p.m.** **COURT IN RECESS**

**1:32 p.m.** **COURT IN SESSION**

>Cross examination by Ms. Menendez continues.

Government's **exhibit 8** identified, offered and ADMITTED.

**1:57 p.m.** Redirect examination by Mr. Saint-Veltri.

**2:12 p.m.** Recross examination by Ms. Menendez.

Defendant excused.

Defendant's **exhibit D** identified, offered and ADMITTED.

Court will hear argument on the *mens rea* element.

**2:18 p.m.** Argument by Mr. Saint-Veltri.

Page Four
10-CR-00118-PAB
September 22, 2010

**2:31 p.m.**    Argument by Ms. Menendez.

**2:54 p.m.**    Further argument by Mr. Saint-Veltri.

**3:03 p.m.**    **COURT IN RECESS**

**3:24 p.m.**    **COURT IN SESSION**

Court will hear argument on the selective prosecution issue.

**3:25 p.m.**    Argument by Mr. Saint-Veltri.

**3:40 p.m.**    Argument by Ms. Menendez.

**4:02 p.m.**    Further argument by Mr. Saint-Veltri.

Court will hear argument on the 8th Amendment and 10th Amendment issues.

**4:07 p.m.**    Argument by Mr. Saint-Veltri.

**4:09 p.m.**    Argument by Mr. Mydans.

**4:11 p.m.**    Further argument by Mr. Saint-Veltri.

**4:23 p.m.**    Further argument by Mr. Mydans.

**4:26 p.m.**    Argument by Ms. Menendez.

**4:30 p.m.**    Further argument by Mr. Saint-Veltri.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion to Dismiss Indictment (Doc #46), filed 8/12/10 and Defendant's Motion to Dismiss Addendum (Doc #49), filed 8/16/10, are **DENIED.**

**ORDERED:**  Government's Motion in Limine for Pretrial Ruling on Irrelevant Evidence and Defenses and Brief in Support (Doc #52), filed 8/17/10, **GRANTED**.

Page Five
10-CR-00118-PAB
September 22, 2010

**ORDERED:** Bond continued.

**5:15 p.m.     COURT IN RECESS**

**Total in court time:     360 minutes**

**Hearing concluded**